JOHN L. BURRIS, Esq., State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
510-839-5200
510-839-3882 (fax)

GAYLA B. LIBET, Esq., State Bar #109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff Terrie C. Scott


Nancy E. Hudgins, State Bar #85222
Matthew M. Grigg, State Bar # 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, Fourth Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)
mmg@hudginslaw.com

Attorneys for Defendants Alameda County, Sheriff Gregory Ahern,
Prison Health Services, Inc., and Alfred Adams, M.D.


UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI C. SCOTT, | **Case No. C09-01048 (EDL)** |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

*Scott v. Alameda County, et al.*                                                                                                                             CV09-01048
Stip/Order Allowing 1st Am. Complaint                     1                     Scott/p/StipReAmend09f29CmcSt09d08

**Stipulation**

With the aim of furthering the just, speedy and inexpensive determination of this action, the parties, through their counsel, stipulate and request that the Court allow Plaintiff to file the proposed amended complaint attached hereto.  The amended complaint:

- corrects an inaccurate spelling of the Plaintiff's name;
- omits (and thereby dismisses) Plaintiff's Third Cause of Action ("Violation of Civil Code §52.1") against Dr. Adams and Does 1-50;
- omits any reference to Dr. Adams (and thereby dismisses claims against him without prejudice).

SO STIPULATED:

LAW OFFICES OF GAYLA B. LIBET

Dated:  June 29, 2009          By:  *Gayla B. Libet*

GAYLA B. LIBET, Esq.
Attorneys for Plaintiff


LAW OFFICES OF NANCY E. HUDGINS

Dated:  June 29, 2009          By:  *Matthew M. Grigg*

MATTHEW M. GRIGG, Esq.
Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, leave to file Plaintiff's proposed first amended complaint is hereby granted.

SO ORDERED this __1st__ day of July, 2009.



_____
Elizabeth D. Laporte
United States