Nancy E. Hudgins, State Bar #85222
Matthew M. Grigg, State Bar # 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, Fourth Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)
mmg@hudginslaw.com

Attorneys for Defendants Alameda County, Sheriff Gregory Ahern
and Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

TERRI C. SCOTT,

    Plaintiff,

vs.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. C09-01048 (EDL)

[PROPOSED] ORDER EXCUSING ATTENDANCE AT MEDIATION

## ORDER

Good cause appearing therefor, Defendants' unopposed request that Sheriff Gregory Ahern be excused from attendance at mediation is hereby granted.

SO ORDERED this 20th day of August, 2009.

Wayne D. Brazil
ADR Magistrate Judge

Scott v. Alameda County, et al.
Pro.Order for Excusal Mediation     1     CV09-01048
Scott/p/OrderMediation09h18