```
JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

MATTHEW M. GRIGG, Esq./ State Bar # 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 979-0100
Facsimile: (415) 979-0747
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIE C. SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY AHERN, individually, and in his capacity as Sheriff for COUNTY OF ALAMEDA; PRISON HEALTH SERVICES, a corporation; DOES 1-25, inclusive, individually, and in their capacity as deputy sheriffs and/or employees of COUNTY OF ALAMEDA; and DOES 26-50, inclusive, individually, and in their capacity as employees of defendant PRISON HEALTH SERVICES,<br><br>    Defendants.<br>_____/ | No. C-09-01048-EDL<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO COMPLETE MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel,

as follows:

1. Plaintiff served one set of Request for Production of Documents on defendant COUNTY OF ALAMEDA and one set of Request for Production of Documents on defendant PRISON HEALTH SERVICES, on October 8, 2009;

2. The documents and information to be obtained from defendants' responses to the above discovery will be vital to the conduct of a meaningful Mediation Conference, and defendants' responses to the above discovery are not due until November 12, 2009;

3. Therefore, the parties request that this Court continue the Mediation Conference presently scheduled for October 19, 2009 at 10:00 a.m. with Mediator, Gail Killefer, Esq., to a date to be scheduled and completed no later than December 20, 2009;

4. Since a Mediation Conference has not occurred, a further Case Management Conference at the time it is presently scheduled would not be useful to the parties and would waste the Court's time; and,

5. Therefore, the parties request that this Court continue the Case Management Conference presently scheduled for November 17, 2009 at 10:00 p.m. and the Case Management Conference Statement, presently due on November 10, 2009, be continued for approximately two (2) months.

                                      LAW OFFICES OF GAYLA B. LIBET

Dated: October 13, 2009      By: /s/ _____
                                           GAYLA B. LIBET, Esq.
                                           Attorneys for Plaintiff

                                      LAW OFFICES OF JOHN L. BURRIS

Dated: October 13, 2009      By: /s/ _____
                                           JOHN L. BURRIS, Esq.
                                           Attorneys for Plaintiff

LAW OFFICES OF NANCY E. HUDGINS

Dated: October 13, 2009        By: /s/
                                   MATTHEW M. GRIGG, Esq.
                                   Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case management conference is continued to January 19, 2010 at 3:00 p.m. An updated joint case management conference statement shall be filed no later than January 12, 2010.

Dated: October 14, 2009

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte