JOHN L. BURRIS, Esq., State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
510-839-5200
510-839-3882 (fax)

GAYLA B. LIBET, Esq., State Bar #109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff Terrie C. Scott

Nancy E. Hudgins, State Bar #85222
Matthew M. Grigg, State Bar # 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, Fourth Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)
mmg@hudginslaw.com

Attorneys for Defendants Alameda County, Sheriff Gregory Ahern and Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI C. SCOTT,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>  Defendants. | Case No. C09-01048 (EDL)<br><br>STIPULATED REQUEST FOR DISMISSAL: [~~PROPOSED~~] ORDER |

## Stipulation

Through their respective counsel, Plaintiff Terrie Scott and Defendants Alameda County, Prison Health Services, Inc., and Sheriff Gregory Ahern respectfully submit that, due to a settlement, this case should be dismissed with prejudice, with the parties to bear their own fees and costs.

SO STIPULATED:

LAW OFFICES OF JOHN L. BURRIS

Dated: Feb 3, 2010          By: /s/ John L. Burris

JOHN L. BURRIS, Esq.
Attorneys for Plaintiff


LAW OFFICES OF NANCY E. HUDGINS

Dated: January 26, 2010     By: /s/ *Matthew M. Grigg*

MATTHEW M. GRIGG, Esq.
Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, this case is hereby dismissed with prejudice, with all parties to bear their own fees and costs.

SO ORDERED this 5th day of __February__, 2010.



_____
Elizabeth D. Laporte
United States Magistrate Judge